FRANK MASTROMATTEO *vs.* GENARIO J. MANNA. November 2, 1950. Exceptions overruled. The plaintiff, a gratuitous guest, was hurt while riding in a truck operated by the defendant. In this action of tort based upon gross

negligence, the defendant's motion for a directed verdict was granted, and the plaintiff excepted. There was no error. No useful purpose would be served in a recital of the evidence. The pertinent principles have been discussed in numerous decisions, of which we cite a few. *McKenna* v. *Smith*, 275 Mass. 149. *Richards* v. *Donohue*, 285 Mass. 19. *Desroches* v. *Holland*, 285 Mass. 495. *Quinlivan* v. *Taylor*, 298 Mass. 138. *Pittsley* v. *David*, 298 Mass. 552, 557–559. *Romer* v. *Kaplan*, 315 Mass. 736.

The case was submitted on briefs.

*D. E. Swartz & Nunziato Fusaro*, for the plaintiff.

*L. E. Stockwell*, for the defendant.